UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER EARL HAWKINS, | No. C 13-4276 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| BARACK OBAMA, President, | |
| Respondent. / | |

This action is dismissed because the petition is frivolous and because petitioner did not obtain permission from the Ninth Circuit to file it.

IT IS SO ORDERED.

DATED: September 18, 2013

SUSAN ILLSTON
United States District Judge